UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-----------------------------------

| | |
|---|---|
| Travelodge Hotels, Inc., a Delaware Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>SD Hospitality, Inc., a Minnesota Corporation; Dipan Patel, individually; and Shital Patel, individually,<br><br>      Defendants. | Civil No. 06-1736 (RHK/AJB)<br><br>**ORDER** |

This matter came before the Court on the joint motion of Plaintiff Travelodge Hotels, Inc., and Defendants SD Hospitality, Inc., Dipan Patel, and Shital Patel for an Order amending the Scheduling Order previously entered in this action.

The Court, having considered the memoranda of law, submitted in support of that motion and all of the files, records and proceedings herein;

IT IS HEREBY ORDERED:

The joint motion of Plaintiff and Defendants for an Order amending the Scheduling Order previously entered in this action is **GRANTED IN PART** as follows:

The April 1, 2007 deadline for hearing dispositive motions is extended to June 1, 2007.

The July 1, 2007 trial ready date is extended to August 1, 2007.

BY THE COURT:

Date: February 12, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge